# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1626

_____

| | | |
|---|---|---|
| Ramona Einfalt, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| William Henderson, Postmaster | * | |
| General, United States Postal Service, | * | **[UNPUBLISHED]** |
| | * | |
| Appellee. | * | |

_____

Submitted: October 1, 1999
Filed: October 4, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

In this employment discrimination action, Ramona Einfalt appeals the district court's[1] grant of summary judgment in favor of her employer. Having carefully reviewed the record and the parties' submissions, we conclude that the district court did not err in granting summary judgment, because Einfalt failed to show that USPS's reasons were pretextual and that the actual reason she was not promoted was age

_____

[1]The HONORABLE JOSEPH F. BATAILLON, United States District Judge for the District of Nebraska.

discrimination.  Further, Einfalt failed to establish a cause of action for retaliation. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.